

# Court of Appeals
## Eleventh District of Texas

**JIM R. WRIGHT**
CHIEF JUSTICE

**MIKE WILLSON**
JUSTICE

**JOHN M. BAILEY**
JUSTICE

100 WEST MAIN STREET, SUITE 300
P. O. BOX 271
EASTLAND, TEXAS 76448

**SHERRY WILLIAMSON**
CLERK

**TELE: 254/629-2638**
**FAX: 254/629-2191**
sherry.williamson@txcourts.gov
www.txcourts.gov/11thcoa

July 18, 2017

Stephen Andrew Kennedy
Kennedy Law, L.L.P.
1445 Ross Avenue, Suite 2750
Dallas, TX 75202
* DELIVERED VIA E-MAIL *

David D. Ritter
Kennedy Law, L.L.P.
1445 Ross Avenue, Suite 2750
Dallas, TX 75202
* DELIVERED VIA E-MAIL *

Gregory R. Ave
Walters, Balido, & Crain, L.L.P.
10440 North Central Expressway, Suite 1500
Dallas, TX 75231
* DELIVERED VIA E-MAIL *

Christopher Allen Neal
The Neal Law Firm, P.C.
300 Harwood Rd
Bedford, TX 76021-4148
* DELIVERED VIA E-MAIL *

C. Davis Chapman
The Neal Law Firm, P.C.
300 Harwood Rd.
Bedford, TX 76021
* DELIVERED VIA E-MAIL *

**RE:** Appellate Case Number: 11-17-00121-CV    Trial Court Case Number: CV16015
**Style:** Farmers & Merchants Bank v. Roberta Hodges

This Court received and filed Reporter's Record (6 volumes) in the above cause on July 12, 2017. As of today, the Exhibits have not been filed.

Appellant's brief is now due for filing in this Court on or before **August 17, 2017.**

*The Court notes that motions for extension of time to file brief alleging only that counsel is busy will no longer be accepted as a reason for an extension. Pursuant to TEX.R.APP.P. 38.6 and 10.5b, any motions for extension will need to be in detail, and include an explanation why your other work takes precedence over this case. A motion requesting an extension of more than 60 days to file a brief and successive motions for extensions of time to file a brief are disfavored and will rarely be granted.*

Respectfully yours,

Sherry Williamson

Sherry Williamson, Clerk

cc:    Mel Power, Court Reporter (DELIVERED VIA E-MAIL)
       District Clerk - Comanche County (DELIVERED VIA E-MAIL)
       Phil Robertson, Judge (DELIVERED VIA E-MAIL)